**Ervin L. HUDSON, Plaintiff— Appellant,**

v.

**Bernard ADAMS, Officer, Defendant—Appellee.**

No. 05–6325.

United States Court of Appeals, Fourth Circuit.

Submitted: July 14, 2005.

Decided: July 26, 2005.

Ervin L. Hudson, Appellant pro se.

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ervin L. Hudson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hudson v. Adams,* No. CA–04–521–3 (E.D.Va. Feb. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED*